## STATE OF CONNECTICUT *v.* WILLIAM S. DALTON

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 227 (AC 25084), is denied.

*Carlos E. Candal*, special public defender, in support of the petition.

*Jessica Probolus*, special deputy assistant state's attorney, in opposition.

Decided May 8, 2007